## ALSTON *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 14, September Term, 1965.]

*Decided September 20, 1966.*

Before HAMMOND, C. J., and HORNEY, MARBURY, OPPEN-HEIMER, BARNES and McWILLIAMS, JJ.

714

Per Curiam.

For the reasons assigned by Judge Cullen in the court below, the application for leave to appeal must be denied.

*Application denied.*